**MANDATE**

**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of February, two thousand and eighteen.

Before:    Reena Raggi,
          Susan L. Carney,
             *Circuit Judges,*
          Lewis A. Kaplan,
             *District Judge.**

_____

Linde, et al.,

    Plaintiffs-Appellees,

v.

Arab Bank, PLC,

    Defendant – Appellant.

_____

**JUDGMENT**

Docket Nos. 16-2119 (L), 16-2098 (Con), 16-2134 (Con)

The appeals in the above captioned case from a judgment of the United States District Court for the Eastern District of New York were argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is VACATED and the case is REMANDED for further proceedings consistent with this Court's opinion.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

_____

* Judge Lewis A. Kaplan, of the United States District Court for the Southern District of New York, sitting by designation.